UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-cv-23712-KMW

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

ANDREW H. WILSON,

        Defendant.

_____

## FINAL JUDGMENT AS TO DEFENDANT ANDREW H. WILSON

The Securities and Exchange Commission having filed a Complaint and Defendant Andrew H. Wilson having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of a Judgment of Permanent Injunction and Other Relief [DE 9]; consented to entry of this Final Judgment; waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

**I.**

**DISGORGEMENT AND PREJUDGMENT INTEREST**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is liable for disgorgement of $3,000, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $460.49. Defendant's obligation to pay disgorgement and prejudgment interest of $3,460.49 is deemed satisfied by the amount of restitution ordered against the Defendant in the case of *United States v. Andrew H. Wilson*, Case No. 17-CR-20883 (S.D. Fla.) docket entry

#87.

## II.

## BANKRUPTCY NONDISCHARGEABILITY

IT IS FURTHER ORDERED AND ADJUDGED that, for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. §523, the allegations in the complaint are true and admitted by Defendant, and further, any debt for disgorgement, prejudgment interest, civil penalty or other amounts due by Defendant under this Final Judgment or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation by Defendant of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. §523(a)(19).

## III.

## INCORPORATION OF CONSENT

IT IS FURTHER ORDERED AND ADJUDGED that the Consent filed herewith is incorporated with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

## IV.

## RETENTION OF JURISDICTION

IT IS FURTHER ORDERED AND ADJUDGED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 5th day of May, 2020.

                                                                          _____

KATHLEEN M. WILLIAMS  
UNITED STATES DISTRICT JUDGE

3